432 A.2d 251

Commonwealth v. Gouse, Appellant.

Submitted March 3, 1980. David J. Foster, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence is affirmed on the comprehensive opinion of Judge Quigley.

432 A.2d 251

Commonwealth, Appellant v. Lincoln.

Submitted November 16, 1979. John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellant; John P. Dohanich, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.